No. 33. INTERNATIONAL TEXTBOOK COMPANY, APPELLANT, *v.* THE CITY OF OTTUMWA. Appeal from the Circuit Court of the United States for the Southern District of Iowa. November 1, 1909. Dismissed with costs, on motion of counsel for appellant. *Mr. David C. Harrington* for appellant. No appearance for appellee.

---

No. 83. FAIRMONT COAL COMPANY ET. AL., APPELLANTS, *v.* MERCHANTS' COAL COMPANY. Appeal from the United States Circuit Court of Appeals for the Fourth Circuit. November 1, 1909. Dismissed with costs, on motion of counsel for appellants. *Mr. Edgar H. Gans* for appellants. *Mr. William A. Glasgow, Jr., Mr. Frank Gosnell* and *Mr. George Weems Williams* for appellee.

---

No. 84. WASHINGTON GAS LIGHT COMPANY ET AL., APPELLANTS AND PLAINTIFFS IN ERROR, *v.* HENRY B. F. MACFARLAND ET AL., COMMISSIONERS OF THE DISTRICT OF COLUMBIA. Appeal from and in error to the Court of Appeals of the District of Columbia. November 1, 1909. Dismissed with costs, on motion of counsel for appellants and plaintiffs in error. *Mr. R. Ross Perry, Mr. R. Ross Perry, Jr.,* and *Mr. Wilton J. Lambert* for appellants and plaintiffs in error. *Mr. Edward H. Thomas* for appellees and defendants in error.